476 A.2d 58

Commonwealth v. Derck, Appellant.

Argued November 3, 1983. Jeffrey F. Dorko, for appellant; Graham C. Showalter, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, WIEAND and CERCONE, JJ.

Judgment of sentence affirmed.